UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON T. CARBAJAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | Case No.  1:21-cv-01825-NONE-BAM<br><br>**ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>(Doc. 2) |

　　　　Plaintiff Jason T. Carbajal("Plaintiff"), proceeding pro se, filed this action on December 29, 2021. (Doc. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

　　　　Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B).  As a result, no summons will issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it

1

1 | contains cognizable claims for relief against the named defendants.  The Court will screen
2 | Plaintiff's complaint in due course.

IT IS SO ORDERED.

    Dated:   **January 3, 2022**　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
                                                                       UNITED STATES MAGISTRATE JUDGE